1014

**COMMISSIONER OF INTERNAL REVENUE v. SMITH AGRICULTURAL CHEMICAL CO.**

Circuit Court of Appeals, Sixth Circuit.
May 10, 1929.

No. 5358.

Mabel Walker Willebrandt, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, Washington, D. C., for petitioner.

H. A. Mihills, of Washington, D. C., for respondent.

PER CURIAM. Dismissed, pursuant to motion of counsel for petitioner.

**ELLIS BROTHERS CO. v. Cornelius W. MOORE, Trustee.**

Circuit Court of Appeals, Sixth Circuit.
April 2, 1929.

No. 5264.

Clare J. Hall, of Grand Rapids, Mich., for appellant.

Corwin, Norcross & Cook, of Grand Rapids, Mich., for appellee.

PER CURIAM. Decree of District Court affirmed, pursuant to stipulation of counsel.

**Stanley G. FIELDING v. TOLEDO & OHIO CENTRAL RAILWAY CO.**

Circuit Court of Appeals, Sixth Circuit.
May 13, 1929.

No. 5203.

Johnson, Johnson & Farber, of Toledo, Ohio, for appellant.

Doyle & Lewis, of Toledo, Ohio, for appellee.

PER CURIAM. Dismissed, pursuant to motion of counsel for appellee.

**E. D. FRY and A. D. Williams, Appellants, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Fourth Circuit.
April 9, 1929.

No. 2813.

J. Raymond Gordon, of Charleston, W. Va., for appellants.

James Damron, U. S. Atty., and Edmund Marshall, Asst. U. S. Atty., both of Huntington, W. Va.

PER CURIAM. Appeal dismissed, on motion of appellee made in pursuance of section 1 of rule 22 and section 4 of rule 24.

**Steve GALLETTI v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.
May 17, 1929.

No. 5357.

J. H. Sampliner and Mortimer Lonyay, both of Cleveland, Ohio, for appellant.

John B. Osmun, Asst. U. S. Atty., of Cleveland, Ohio.

PER CURIAM. Judgment of the District Court affirmed.

**Anthony GIULIANO, Plaintiff-Appellee, v. COMMERCIAL STEVEDORING COMPANY, Defendant-Appellant; United States Shipping Board Merchant Fleet Corporation, Cosmopolitan Fleet Corporation, and Cosmopolitan Shipping Co., Defendants.**

Circuit Court of Appeals, Second Circuit.
June 3, 1929.

No. 363.

Clarence E. Mellen, of New York City (Everett W. Bovard, of New York City, of counsel), for appellant.

Levy & Becker, of New York City (Harold R. Medina and Joseph Levy, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM. Judgment affirmed.